| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |
| | ) | |
| JERRY BARAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP d/b/a | ) | |
| WALMART SUPERCENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, Jerry Baral ("Plaintiff"), by counsel, Glaser & Ebbs, alleges and seeks relief as follows:

1. On or about February 15, 2019, Plaintiff was a resident of Allen County, State of Indiana.

2. On or about February 15, 2019, Wal-Mart Stores East, LP d/b/a Walmart Supercenter ("Defendant Walmart") was a foreign limited partnership licensed and doing business in the State of Indiana.

3. On or about February 15, 2019, Plaintiff was on the premises of property (located at or near 10105 Lima Road, Fort Wayne, Indiana 46818) that was owned, operated, managed, and/or maintained by Defendant Walmart.

4. As Plaintiff was walking in the bathroom of the above-referenced premises, he slipped and fell on liquid that was on the floor.

Exhibit A

5. Plaintiff's fall was a direct and proximate result of the negligence of Defendant Walmart, such negligence including but not limited to failing to failure to timely remediate dangerous conditions on its premises and otherwise maintain the premises in a reasonably safe condition.

6. As a direct and proximate result of the negligence of Defendant Walmart, Plaintiff has suffered personal injuries.

WHEREFORE, Plaintiff, Jerry Baral prays that a judgment be entered in her favor and against Wal-Mart Stores East, LP d/b/a Walmart Supercenter, in an amount commensurate with his damages, and for all other just and proper relief in the premises.

Respectfully submitted,

**GLASER & EBBS**

/s/ Michael A. Busching
Michael A. Busching (21563-29)
132 E. Berry
Fort Wayne, IN 46802
Tel: (260) 424-0954
COUNSEL FOR PLAINTIFF