# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JERRY BARAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 1:20-cv-00162 |
| ) | |
| WAL-MART STORES EAST, LP d/b/a ) | |
| WALMART SUPERCENTER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

COME NOW the parties, by counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims of all parties in this case, with prejudice, each party to bear their own costs.

GLASER & EBBS

By: */s/Michael A. Busching*
Michael A. Busching, #21563-29
132 East Berry
Fort Wayne, IN 46802
Telephone: (260) 424-0954
Email: mbusching@glaserebbsfw.com
*Attorneys for Plaintiff*

BARRETT MCNAGNY LLP

By: */s/Robert T. Keen, Jr.*
Robert T. Keen, Jr., #5475-02
215 E. Berry Street
Fort Wayne, IN 46802
Telephone: (260) 423-8903
Email: rtk@barrettlaw.com
*Attorney for Defendant*

2783500